IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANTE L. FLOWERS,

        Plaintiff,                        No. CIV S-11-3098 DAD P

    vs.

T. SCHIG, et al.,

        Defendants.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

/////

1  In this case, plaintiff is presently incarcerated at Salinas Valley State Prison
2 (Salinas Valley).  Salinas Valley is in Monterey County, which is in the Northern District of
3 California.  Plaintiff's claim arose in September 2011.  Although it is not entirely clear, it appears
4 that plaintiff's claim arose at Salinas Valley and that all of the defendants named in this action
5 are employed at that prison.  If so, plaintiff's claim should have been filed in the United States
6 District Court for the Northern District of California.  In the interest of justice, a federal court
7 may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C.
8 § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
9  Good cause appearing, plaintiff will be directed to inform the court in writing
10 within ten days whether the events complained of in his complaint allegedly occurred at Salinas
11 Valley.  Failure to comply with this order may result in the dismissal of this action.
12  In accordance with the above, IT IS HEREBY ORDERED that within ten days
13 from the date of this order plaintiff shall inform the court in writing whether the events described
14 in his complaint occurred at Salinas Valley State Prison.  Failure to comply with this order may
15 result in the dismissal of this action.
16 DATED: November 30, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
flow3098.21cl