IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONTE LEONARDO FLOWERS, | ) | No. C 12-1748 JSW (PR) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| T. SCHLIG, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Pursuant to the order of dismissal entered today, judgment is hereby entered in favor of Defendants.

    IT IS SO ORDERED.

DATED: July 11, 2012

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE L. FLOWERS,<br><br>   Plaintiff,<br><br>   v.<br><br>T SCHLIG et al,<br><br>   Defendant. | Case Number: CV12-01748 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donte L Flowers V-36182
aka Leonardo Donte
SALINAS VALLEY STATE PRISON (1020)
P.O. BOX 1020
SOLEDAD, CA 93960

Dated: July 11, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk