IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONTE LEONARDO FLOWERS, | ) | No. C 12-1748 JSW (PR) |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| v. | ) | |
| | ) | |
| T. SCHLIG, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On May 1, 2012, the Court dismissed Plaintiff's civil rights complaint for failure to present a cognizable claim for relief.  Plaintiff was granted thirty days to file an amended complaint.  He has failed to do so.  This case is accordingly DISMISSED.  *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary).

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: July 11, 2012

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DONTE L. FLOWERS,

      Plaintiff,

  v.

T SCHLIG et al,

      Defendant.

_____/

Case Number: CV12-01748 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donte L Flowers V-36182
aka Leonardo Donte
SALINAS VALLEY STATE PRISON (1020)
P.O. BOX 1020
SOLEDAD, CA 93960

Dated: July 11, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk